**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| HANOVER ATLANTIC COMPANY LTD., | ) | |
| Plaintiff/Counter-Defendant, | ) | |
| vs. | ) | Case No. 1:26-cv-02762 |
| WILLIAM J. PERLSTEIN, | ) | |
| Defendant/Counter-Claimant. | ) | |

**AGREED MOTION TO STAY DEADLINES**

Plaintiff/Counter-Defendant, Hanover Atlantic Company Ltd., ("Hanover") and Defendant/Counter-Claimant William J. Perlstein ("Perlstein") jointly submit this Agreed Motion to Stay Deadlines, and in support thereof, state as follows:

1. By minute order entered on July 31, 2026, the Court set an initial case management schedule with various deadlines concerning pleadings and discovery, including that Hanover must respond to Perlstein's Counterclaim by September 11, 2026. Dkt. 29.

2. The parties recently reached a settlement in principle and are in the process of memorializing their agreement and mutual release and expect to complete settlement within the next forty five days.

3. Upon consummation of the settlement, the parties expect to file a stipulation of dismissal with prejudice.

4. If it appears settlement cannot be completed within the next forty five days, the parties will promptly advise the Court by submission of a joint status report.

5. Accordingly, the parties jointly request that the deadlines set forth in the July 31, 2026 minute order be adjourned while the parties work towards completing their settlement.

WHEREFORE, the parties respectfully request the Court stay all deadlines set forth in the July 31, 2026 minute order (Dkt. 29) and stay further proceedings in this matter pending completion of settlement between the parties.

Dated: September 8, 2026

Respectfully Submitted,

Walker Wilcox Matousek LLP

/s/ *Kevin A. Lahm*
Kevin A. Lahm
Walker Wilcox Matousek LLP
One North Franklin Street
Suite 3200
Chicago, IL 60606
(312) 244-6700
(312) 244-6800 FAX
klahm@walkerwilcox.com

***Attorneys for Plaintiff/Counter-Defendant Hanover Atlantic Company Ltd.***

McGuireWoods LLP

/s/ *Christopher Pasich*
Cassandra M. Burns (#6329493)
CBurns@McGuireWoods.com
77 West Wacker Drive, Suite 4100
Chicago, IL 60601-1818
Telephone: (312) 849-8100

Kirk Pasich (*pro hac vice forthcoming*)
KPasich@McGuireWoods.com
Christopher T. Pasich (*pro hac vice forthcoming*)
CPasich@McGuireWoods.com
McGUIREWOODS LLP
1800 Century Park East, 7th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

***Attorneys for Defendant/Counter-Plaintiff William J. Perlstein***